**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**RICARDO ALFONSO CORTEZ AGUILAR** — **CIVIL ACTION NO. 26-4709 SEC P**

**VERSUS** — **JUDGE EDWARDS**

**WARDEN JACKSON PARISH CORRECTIONAL CENTER** — **MAGISTRATE JUDGE HORNSBY**

## MEMORANDUM ORDER

Before the Court is an Emergency Motion for Temporary Restraining Order and Order Preserving Jurisdiction Pending Review of 28 U.S.C. § 2241 (R. Doc. 2) filed by the habeas Petitioner in this case, Ricardo Alfonso Cortez Aguilar ("Petitioner"). After careful consideration of the Motion and the applicable law, it is **DENIED**.

Petitioner's Motion in part seeks to prohibit transfer outside of the Western District of Louisiana. *See* R. Doc. 2 at 2. However, injunctive relief on these grounds is unwarranted. *See Oliveira v. Patterson*, No. 6:25-CV-01463, 2025 WL 3091705, at *1 (W.D. La. Oct. 9, 2025) (explaining that transfer of a petitioner to another facility located within the United States does not affect a court's jurisdiction); *see also Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change."). Petitioner also seeks an order prohibiting his removal from the United States. *See* R. Doc. 2 at 2. However, he does not provide any factual or legal basis for this relief.

Petitioner's Motion requests an "expedited response" from Respondents and "disclosure of the legal basis for continued detention and any planned removal or transfer." *See* R. Doc. 2 at 1–2. The basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Petitioner essentially seeks expedited consideration of his Petition through his Motion. The Court will not allow Petitioner to skip to the front of the Court's habeas docket. Therefore, the Motion is **DENIED**. This matter is hereby referred to the Magistrate for the issuance of a briefing schedule in accordance with the Court's Standing Orders.

**THUS DONE AND SIGNED** this 10th day of November, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**